Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET    U. S. DISTRICT COURT
(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES  ⦿ NO    **DOCKET NUMBER:** 3:20-CR- 131-FDW

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | |
|---|---|
| **CASE NAME** : | US vs SAVANNAH LEEANN GOINS, ET AL |
| **COUNTY OF OFFENSE** : | GASTON; LINCOLN; CLEVELAND |
| **RELATED CASE INFORMATION** : | |
| *Magistrate Judge Case Number* : | 3:20-mj-57; 3:20-mj-58 |
| *Search Warrant Case Number* : | |
| *Miscellaneous Case Number* : | |
| *Rule 20b* : | |
| **SERVICE OF PROCESS** : | ARREST WARRANT (PRESCOTT) ALL OTHERS IN CUSTODY |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ◯ Petty  ◯ Misdemeanor  ⦿ Felony

18 U.S.C 2; 924(c); 21 U.S.C. 841;846

**JUVENILE:**  ◯ Yes  ⦿ No

| | |
|---|---|
| **ASSISTANT U. S. ATTORNEY** : | STEVEN R. KAUFMAN |
| **VICTIM/WITNESS COORDINATORS:** | |
| **INTERPRETER NEEDED** : | |
| **LIST LANGUAGE AND/OR DIALECT:** | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | PLEASE ASSIGN CASE TO JUDGE WHITNEY AS HE IS THE JUDGE IN THE RELATED CASE.<br><br>THANK YOU |

(Maintain form in the Attorney Work Product folder / purge before archiving )